FILE COPY

RE: Case No. 25-0564                    DATE: 8/6/2025
    COA #: 15-24-00036-CV          TC#: D-1-GN-22-002153
STYLE: SAN ANTONIO BAY ESTUARINE WATERKEEPER v. TEX. COMM'N ON ENV'T QUALITY

A petition for review was filed today in the above-styled case.  Respondent may file either a response, or a waiver of response.  If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3)  There is no fee for a response or a waiver.

MR. JORDAN KENNEDY MULLINS
MCGINNIS LOCHRIDGE, LLP
1111 W. 6TH STREET
BLDG. B, STE. 400
AUSTIN, TX  78701
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0564                           DATE: 8/6/2025
COA #: 15-24-00036-CV          TC#: D-1-GN-22-002153
STYLE: SAN ANTONIO BAY ESTUARINE WATERKEEPER v. TEX. COMM'N ON ENV'T QUALITY

A petition for review was filed today in the above-styled case.  Respondent may file either a response, or a waiver of response.  If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3)  There is no fee for a response or a waiver.

CHRISTOPHER  PRINE
FIFTEENTH COURT OF APPEALS
P.O, BOX 12852
AUSTIN, TX  78711
* DELIVERED VIA E-MAIL *

RE: Case No. 25-0564                    DATE: 8/6/2025
COA #: 15-24-00036-CV          TC#: D-1-GN-22-002153
STYLE: SAN ANTONIO BAY ESTUARINE WATERKEEPER v. TEX. COMM'N ON ENV'T QUALITY

    A petition for review was filed today in the above-styled case.  Respondent may file either a response, or a waiver of response.  If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3)  There is no fee for a response or a waiver.

DISTRICT CLERK  TRAVIS COUNTY
TRAVIS COUNTY COURT
P. O. BOX 679003
AUSTIN, TX  78767
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0564            DATE: 8/6/2025
COA #: 15-24-00036-CV        TC#: D-1-GN-22-002153

STYLE: SAN ANTONIO BAY ESTUARINE WATERKEEPER v. TEX. COMM'N ON ENV'T QUALITY

    A petition for review was filed today in the above-styled case. Respondent may file either a response, or a waiver of response. If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3) There is no fee for a response or a waiver.

DEREK LEON  SEAL
MCGINNIS LOCHRIDGE, LLP
1111 W. 6TH STREET
BLDG. B, STE. 400
AUSTIN, TX  78703-5345
* DELIVERED VIA E-MAIL *

RE: Case No. 25-0564                    DATE: 8/6/2025
COA #: 15-24-00036-CV          TC#: D-1-GN-22-002153
STYLE: SAN ANTONIO BAY ESTUARINE WATERKEEPER v. TEX. COMM'N
ON ENV'T QUALITY

    A petition for review was filed today in the above-styled case.  Respondent may file either a response, or a waiver of response.  If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3)  There is no fee for a response or a waiver.

                MS. MARISA  PERALES
                PERALES, ALLMON & ICE, P.C.
                1206 SAN ANTONIO STREET
                AUSTIN, TX  78701-1834
                * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0564          DATE: 8/6/2025
COA #: 15-24-00036-CV          TC#: D-1-GN-22-002153
STYLE: SAN ANTONIO BAY ESTUARINE WATERKEEPER v. TEX. COMM'N ON ENV'T QUALITY

A petition for review was filed today in the above-styled case.  Respondent may file either a response, or a waiver of response.  If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3)  There is no fee for a response or a waiver.

MS. ERIN  GAINES
EARTHJUSTICE
845 TEXAS AVENUE
HOUSTON, TX  77002
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0564               DATE: 8/6/2025
COA #: 15-24-00036-CV        TC#: D-1-GN-22-002153
STYLE: SAN ANTONIO BAY ESTUARINE WATERKEEPER v. TEX. COMM'N ON ENV'T QUALITY

A petition for review was filed today in the above-styled case. Respondent may file either a response, or a waiver of response. If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3) There is no fee for a response or a waiver.

MS. SARA J. FERRIS
OFFICE OF THE ATTORNEY GENERAL
ENVIRONMENTAL PROTECTION DIVISION
PO BOX 12548, MC-066
AUSTIN, TX 78711
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0564                    DATE: 8/6/2025
COA #: 15-24-00036-CV          TC#: D-1-GN-22-002153
STYLE: SAN ANTONIO BAY ESTUARINE WATERKEEPER v. TEX. COMM'N
ON ENV'T QUALITY

A petition for review was filed today in the above-styled case.  Respondent may file either a response, or a waiver of response.  If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3)  There is no fee for a response or a waiver.

                    MS. APRIL E. LUCAS
                    MCGINNIS LOCHRIDGE, LLP
                    1111 W. 6TH STREET
                    BLDG. B, STE. 400
                    AUSTIN, TX  78703
                    * DELIVERED VIA E-MAIL *